

| DATE:<br>06/18/2010 | DOCUMENT ID<br>201016900135 | DESCRIPTION<br>FOREIGN LICENSE/FOR-PROFIT (FLF) | FILING<br>125.00 | EXPED<br>100.00 | PENALTY | CERT<br>.00 | COPY<br>.00 |
|---|---|---|---|---|---|---|---|

## Receipt
This is not a bill. Please do not remit payment.

CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
TIMOTHY ROBERTSON
COLUMBUS, OH 43219

# STATE OF OHIO
## CERTIFICATE
**Ohio Secretary of State, Jennifer Brunner**

**1944300**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**U.S RENAL CARE, INC.**

and, that said business records show the filing and recording of:

Document(s):                                          Document No(s):

**FOREIGN LICENSE/FOR-PROFIT**                        **201016900135**

Authorization to transact business in Ohio is hereby given, until surrender, expiration or cancellation of this license.



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 17th day of June, A.D. 2010.

Ohio Secretary of State



Prescribed by :

The Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| **Mail Form to one of the Following:** |
| ⭕ Yes    PO Box 1390 <br> Columbus, OH 43216 |
| *** Requires an additional fee of $100 *** |
| ⭕ No    PO Box 670 <br> Columbus, OH 43216 |

# FOREIGN CORPORATION APPLICATION FOR LICENSE
# OR REGISTRATION OF CORPORATION NAME
### (For Foreign Profit or Nonprofit)

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) Foreign Corporation | (2) Registration of Corporate Name by Unlicensed Foreign Corporation |
|---|---|
| ☒ For-Profit  *(151-FLF)* <br> ☐ Nonprofit *(152-FLN)*    ORC 1703 | ☐ Original (158-RCO) <br> ☐ Renewal (172-RNR (RCR))  ORC 1703 |
|  | (Registration No.) |
| **Filing Fee $125.00** | **Filing Fee $50.00** |

*Complete the general information in this section for the box checked above.*

Corporate Name    U.S Renal Care, Inc.

Under the Laws of the State of    Delaware
                                   *(Home State)*

Date of Incorporation in Home State    06/08/2000
                                              *(Date)*

The corporation's principal office is located at

2400 Dallas Parkway Suite 350
*(Street)*            **NOTE: P.O. Box Addresses are NOT acceptable.**

Plano                      TX            75093
*(City)*                        *(State)*         *(Zip Code)*

The corporate purpose it proposes to exercise in the state of Ohio are as follows: (Please provide a brief but specific description; a general purpose clause is not sufficient)

     To engage in any activity within the purposes for which corporations may be organized

The corporation is carrying on or doing business.

☐ *Check here if additional provisions are attached*

**Complete the information in this section if box (1) is checked.**

The corporation hereby appoints the following as its statutory agent upon whom process against the corporation may be served in Ohio

C T CORPORATION SYSTEM
_____
(Name)

1300 East 9th Street
_____
(Street)                    NOTE: P.O. Box Addresses are NOT acceptable.

Cleveland                          Ohio                    44114
_____                  _____                 _____
(City)                             (State)                 (Zip Code)

The entity above irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:

    A. the agent cannot be found or
    B. the above listed fails to designate another agent when required to do so, or
    C. the above stated registration to do business in Ohio expires or is cancelled

---

**Complete the information in this section if profit is checked in box (1).**

The application is made to secure a ☒ permanent    ☐ temporary license

The corporation's principal office within Ohio is to be located in    ☒ Corporation will not have an office in Ohio

_____
(Street)                    NOTE: P.O. Box Addresses are NOT acceptable.

_____     _____     Ohio       _____
(City)               (County)         (State)    (Zip Code)

Has the corporation obtained a license to transact business in Ohio at any time in the past?  ☐ Yes  ☒ No
If yes, prior License No. _____ issued _____
                                                  (Date)

The date on which the corporation began transacting business in Ohio

☐ Date _____
OR
☒ Will begin business upon approval of application

Is this application being made to enable the corporation to prosecute or defend a legal action?  ☐ Yes  ☒ No

---

**Complete the information in this section if non-profit is checked in box (1).**

The location of its principal office in the state of Ohio is

_____
(Street)                    NOTE: P.O. Box Addresses are NOT acceptable.

_____     _____     Ohio       _____
(City)               (County)         (State)    (Zip Code)

    (Pursuant to ORC 1703.27 must have an Ohio address)

SS.

**IN WITNESS WHEREOF**, the corporation has caused this application to be executed by an authorized

officer on    6-14-10
_____
(Date)

STATE OF    Texas
_____

COUNTY OF    Collin
_____

Thomas L. Weinberg
_____ ,being first duly sworn, deposes and says that he/she is the
(Name of Officer)

Senior Vice President                    of    U.S Renal Care, Inc.
_____                    _____
(title)

the corporation described in the foregoing application, and that the statements contained in said application are true and correct to the best of my knowledge and belief.

Signature:    _____

Name:    Thomas L. Weinberg
_____

Sworn to before me and subscribed in my presence,    6/14/2010
_____
(date)

_____
(Notary Public)

NOTARY SEAL                    Expiration date of Notary's Commission:    _____
(date)

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "U.S. RENAL CARE, INC." IS DULY
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN
GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE
RECORDS OF THIS OFFICE SHOW, AS OF THE SEVENTEENTH DAY OF JUNE,
A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE
BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "U.S. RENAL
CARE, INC." WAS INCORPORATED ON THE EIGHTH DAY OF JUNE, A.D.
2000.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES
HAVE BEEN PAID TO DATE.

3241040  8300

100666351

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8060331

DATE: 06-17-10