# U.S. | **RENAL** CARE

To:      MaryAnn DeCarlo

CC:      Rosie Marsh, Ann Bonney

From:   Conda Schellenger

Date:   June 11, 2021

Re:      **Performance Improvement Plan**

---

**Introduction**

MaryAnn, despite coaching, setting clear expectations, providing timelines, and calling out specific areas for improvement, you are not meeting performance expectations in your role as Director, Home Therapy.  Specific performance issues are outlined below:

**Issues**

1. **Failure to follow direction and meet timelines and expectations as demonstrated by but not limited to the following examples:**
   A.  Comprehensive Evaluation & Growth Strategy.  *During your first week of orientation, I provided a checklist with timeline for completion.  Comp Eval for territories were to be done and Growth Strategy initiated by week 12.*
   I verbally requested on February 22, 2021 and in writing Feb 25, 2021 this be completed for the Ohio Region for presentation to me and RVP mid-March.
      o   Strategy produced without focus on key components of Comprehensive Evaluation
      o   Strategic plan did not meet requests of measurable action items and specific timelines for completion 30, 60, 90 days and beyond even after review and feedback after 2nd and 3rd revisions/updates.
      o   A final request for strategy with specific detail has been requested for June 10, 2021.
   B.  In-person strategic meetings with Mike Sloma, Mike Pilger, Jon Cuviello, and Ellen Braun.
      o   On Feb 16, 2021 I provided an email with detailed requests for in-person meeting held in Florida February 23-24, 2021.
      o   You did not deliver requested items nor demonstrate a satisfactory knowledge level of the markets (which would have come from Comprehensive Evaluation).
   C.  Addition of Services (adding HHD) to Akron market
      o   On January 20, 2021 I sent a checklist and email with instructions to "Please start this process by sending an email to the departments listed in step 1."   I provided the names or titles of the people from each department to contact.   The email also requested that you follow the steps in the process (as we were a pilot for Addition of Services for Iliyana.)
      o   In May, it came to light that neither Legal nor Construction had been notified at the onset causing a cascade of things happening out of sequence, misunderstandings, and slowed progress. (Project did not get added to Denovo projects [now Project Wizard] because proper communication at the onset did not occur.  Our Legal department has just now submitted the information to the State.  This could have been done months ago.
   D.  Calendar invitations
      o   At the team meeting in Akron, verbally requested several times to send invitation for the for the block of time for on-site visit at SNF in Cincinnati so I would know when to monitor my phone (during my in-person meeting) to provide support.

- o May 26, 2021 I sent an early morning email from my iPhone (couldn't check your availability) asking you to send a calendar invitation during one of two windows of time if free.   You replied with a text message telling me what time you would call. (I wanted the invitation to secure the time/prevent someone else from scheduling something, and so it would be on my day's agenda when I printed my calendar.)
- E. Collaborative planning with vendor partners.
  - o During orientation and subsequently thereafter have advised all HT RD's of the value of working with vendor partners and have instructed that you leverage their expertise with strategic planning.
  - o Have discussed twice on 1:1 calls the need to contact NxStage regarding patient advocates or modality growth ideas in the Cincinnati market as we need to add HHD in this market.   Per NxStage, this has not occurred.
- F. Corporate request for information
  - o On Thursday, January 21 Lindsae White sent request for information to be validated in a spreadsheet regarding KCO positions with a deadline for response by Monday.  On Friday, the 29th she had to reach out to you separately for your information.   You replied to her on Monday, Feb 1 with an email that, "Donna is still in her role and doing well.  Are we not doing something?"

2. **Lack of credibility** as evidenced by discrepant/conflicting statements, separate email threads without copy to all parties.  These examples, and others, have created a level of mistrust in taking your statements at face value.
   A. Conversations with Dave and I regarding territory changes.
   B. Reported to me that Cathy asked you to present slides you had "never seen".  I took your word and reported Cathy's behavior.  Later, when I confronted you that you had indeed seen the slides, you changed your statement to say that you didn't know she was going to ask you to present.   These are not the same.  (Slides were on the HT Org changes that I had presented to RVPs, and HT RDs.)   HT RD's were given specific instructions to have a collaborative plan for field communication with RVP.
   C. Communication with Stacy regarding high sulfates in water.   Specifically told me you had not contacted Stacy.  A later email thread showed a communication you sent her approximately an hour before you told me you had not reached out to her.
   D. Reported to me that there were "multiple" HHD patients with high sulfates in water when indeed it was just one.
   E. Verbally told me on Friday May 28, 2021 that Lisa Stewart replied to you via email during our phone conversation that she would submit the Akron HHD application to State that day.  When I commented on that positive outcome, you even followed up with that you have friends that work for the State and would give them a call to push through.  Later, I read in the email you forwarded, that Lisa responded to your request about submitting the application that day with, "No, as I said in my earlier email, I have to wait for the check which I will get next week."

3. **Seeming lack of substantive knowledge of market and inability to identify growth opportunities, and/or inability/reluctance to communicate this knowledge.**
   - Observed in Region hand-offs to new HT RDs and RVPs.
   - Strategic plan focused on Operations issues as opposed to growth opportunities
   - Has not improved in this area with reduction of territory/span of control.

**Expectations**

- Communicate in a timely, clear, and consistent fashion with all involved parties in an appropriate manner; either by copying all relative persons to the conversation/decision making, or by holding a conference call.
- When specific directives are given or requests are made, to act as requested.
- Consistently present complete work product within requested time frames.  If additional guidance is needed, communicate the question or concern to me in advance of the deadline.

- Identify opportunities for home growth by referencing the key components in the Comprehensive Evaluation, develop a strategic plan complete with specific measurable action items and timelines. This should include knowledge of the Region business environment and your ideas for business growth. Complete a quarterly review of the plan with key stakeholders and adjust as needed when the course of business changes.
- Complete strategy referenced above with specific detail by June 28, 2021.

**Summary**

Your performance requires immediate correction on your part, and future evaluation of your performance will be continuous and ongoing. Any future performance issues or policy violations may result in disciplinary action up to and including termination. I will be available to provide feedback to you during our weekly meetings and/or other times per your request.

Although my expectation is that you will demonstrate immediate and sustained improvement, we will meet in 45 calendar days to discuss your status in regards to your overall performance. Your employment is at will and nothing about this Performance Improvement Plan prevents U.S. Renal Care from ending the employment relationship during this 45 day evaluation period.

I have read this Performance Improvement Plan, have discussed it with my supervisor, and understand both its contents and intent.

_Mary L. DeCarlo_                                          _6-16-21_

MaryAnn DeCarlo, Director, Home Therapies                Date


_____                      _____

Conda Schellenger, Vice President Home Therapies          Date


USRC colleagues

I accept full responsibility for any missteps over the past several months of my employment. As discussed with Conda at our meeting in Ohio I am fully invested in improving to perform the new role expectations. As discussed at our Ohio meeting, I also want to state that the past 8-9 months working with Cathy Weaver and her behavior towards me has left me mentally exhausted and bruised. Cathy's constant harassment of me both personally and professional is a situation I have never experienced. I continue to struggle with the aftermath of Cathy's behavior and knowing that during this time she was doing this in full view of my USRC colleagues and not one of those colleagues stood up and said this is not appropriate in the workplace . The attack on my character, my physical appearance and professional judgement was broadcast to not only my peers but many physician partners. Cathy never discussed her concerns with me and excluded me from important business in the Ohio Market. This behavior has tarnished my reputation and my professional career. During this time, I did not receive any feedback about performance or lack of satisfaction concerning my performance. I am requesting a copy of my last evaluation in addition to how this PIP will affect my 1) retention bonus in December and my performance bonus in March. Thank you, MaryAnn DeCarlo