**From:** Mary DeCarlo
**Sent:** Friday, July 23, 2021 3:54 PM
**To:** Conda Schellenger <Conda.Schellenger@USRENALCARE.COM>
**Cc:** Ann Bonney <Ann.Bonney@USRENALCARE.COM>; Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Subject:** RE: Follow-up at conclusion of PIP period

Thank you Conda for letting me know. I have accepted the invitation for the August 5th review. MaryAnn

**From:** Conda Schellenger <Conda.Schellenger@USRENALCARE.COM>
**Sent:** Friday, July 23, 2021 3:49 PM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Cc:** Ann Bonney <Ann.Bonney@USRENALCARE.COM>; Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Subject:** Follow-up at conclusion of PIP period

Hello Mary Ann,

I recognize the 45 day period of your Performance Improvement Plan (PIP) is concluding and that you are looking forward to feedback.
I am extending the PIP period for up to 2 weeks to conclude on or before August 6th to allow time for me to review your performance with Dave Richardson, who is on PTO through August 3rd.

I have tentatively scheduled a review with you to occur on August 5th.   This is pending my ability to meet with Dave before that date.

Regards,

**Conda Schellenger, RN, BSN**
Vice President of Home Therapies

1



**Mobile:  214-608-2706**
**Office:  972-367-6884**
Email: Conda.Schellenger@USRenalCare.com

US Renal Care, Inc.
5851 Legacy Circle, Suite 900
Plano, TX  75024

"I find the greatest thing in the world is not so much where we stand, as in which direction we are moving."     --Oliver Wendell Holmes

**Confidentiality notice:**  If you have received this email in error, please notify the sender by return email.  This information is for use only by the individual(s) or entities for which it is intended, even if addressed incorrectly.   Please delete this information if you are not the intended recipient.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.