**From:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Sent:** Friday, May 20, 2022 8:29 AM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Cc:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>; Conda Schellenger <Conda.Schellenger@USRENALCARE.COM>
**Subject:** RE: As referenced

That is correct.

Thank you Mary Ann.

Best,

**Ellen Braun**
Director, Home Therapies- Northeast, Mid-Atlantic & Ohio Region

U.S. **RENAL** CARE

**Mobile:  716-428-6031**
Email: Ellen.Braun@USRenalCare.com

**From:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Sent:** Friday, May 20, 2022 8:13 AM
**To:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Cc:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>; Conda Schellenger

1

<Conda.Schellenger@USRENALCARE.COM>
**Subject:** RE: As referenced

All my questions concerning the bonus payout were answered.  My bonus was determined not by the  calculations but at the discretion of the company. If that is not correct please let me know. Sincerely, MaryAnn

**From:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Sent:** Thursday, May 19, 2022 12:14 PM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Cc:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>; Conda Schellenger <Conda.Schellenger@USRENALCARE.COM>
**Subject:** RE: As referenced

I recall a casual discussion about your expectations and how you would like information. They were discussions new team members have to find communication patterns, styles of leadership and expectations. I will review my e-mails and my notes from our meetings to bring to the table.  I will let you know what I find by EOB tomorrow.  MA

Mary Ann I am not sure what you are reviewing to bring to the table- are you looking to reopen the bonus discussion? Were all of your questions answered on that piece?

Happy to review any items with you. I have openings this afternoon if you would like to connect.


Best,

**Ellen Braun**
Director, Home Therapies- Northeast, Mid-Atlantic & Ohio Region

U.S. **RENAL** CARE

**Mobile:  716-428-6031**
Email: Ellen.Braun@USRenalCare.com

**From:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Sent:** Thursday, May 19, 2022 11:48 AM
**To:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Cc:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Subject:** RE: As referenced

I recall a casual discussion about your expectations and how you would like information. They were discussions new team members have to find communication patterns, styles of leadership and expectations. I will review my e-mails and my notes from our meetings to bring to the table.  I will let you know what I find by EOB tomorrow.  MA

**From:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Sent:** Thursday, May 19, 2022 11:38 AM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Cc:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Subject:** RE: As referenced

The performance discussions are not generally sent post discussion per Rosie, I am sharing it as requested.

Do you not recall the discussion on these topics?

Best,

**Ellen Braun**
Director, Home Therapies- Northeast, Mid-Atlantic & Ohio Region

U.S. **RENAL** CARE

**Mobile:  716-428-6031**

Email: Ellen.Braun@USRenalCare.com

---

**From:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Sent:** Thursday, May 19, 2022 11:36 AM
**To:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Subject:** RE: As referenced

Ellen

This is the first time I have  seen this document. When did you send this to me for our discussion? MA

---

**From:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Sent:** Thursday, May 19, 2022 11:35 AM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Subject:** As referenced

Performance discussion mentioned.

This discussion stemmed from the incomplete submission of the strategic plan.

Best,

**Ellen Braun**
Director, Home Therapies- Northeast, Mid-Atlantic & Ohio Region



**Mobile:  716-428-6031**
Email: Ellen.Braun@USRenalCare.com

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.