**From:** Mary DeCarlo
**Sent:** Tuesday, May 3, 2022 9:22 AM
**To:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>; Conda Schellenger
(Conda.Schellenger@USRENALCARE.COM) <Conda.Schellenger@USRENALCARE.COM>
**Cc:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Subject:** Bonus breakdown

Hello Ladies

As previously requested, I wanted to see if any additional information is available for my bonus payout?  I know it is a little convoluted with the change in position. In my notes, I have on August 6th Conda and I discussed that my bonus would be paid out at the 25% rate with my previous position and then 20% after that date.  I have completed the work sheets for what I think is the appropriate number( the ones included in the bonus contract). The number that I was paid was a little over 6100 dollars and the number I calculated is significantly higher.  I am asking for additional clarification on why I was paid the lower number please. Thank you, MaryAnn

**Regards,**


*MaryAnn DeCarlo, RN, MSN*
Area Manager of Home Therapies
Cell: (804)445-6955




**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.