# U.S. | RENAL CARE

To:     MaryAnn DeCarlo

CC:     Rosie Marsh

From:   Ellen Braun

Date:   June 1, 2022

Re:     **Performance Improvement Plan**

---

### Introduction

MaryAnn, despite coaching, setting clear expectations, providing timelines, and calling out specific areas for improvement, you are not meeting performance expectations in your role as Area Manager, Home Therapy.  Specific performance issues are outlined below:

### Issues

1. **Failure to follow direction and meet timelines and expectations as demonstrated by but not limited to the following examples:**

   A. Attrition reduction plan.

   Attrition reduction plans were presented to all HTFA'S and Area Managers at Leadership meeting week of 4/25. Director sent reminder to employee on 5/16 date submission was due and employee responded with: I am sorry for? Exhibiting clear confusion around request.

   - o  Once submission was received, it was sent with two separate documents. One submission per Area manager was noted in the directions below: Managers/FA'S should submit Attrition Reduction plans to Home Director by May 16. (1 plan per person for the entire area of responsibility.)  The Top 3 plans across the East-Capital Divisions will be awarded USRC Gift (manager choice of item $100 value) and nomination to work with Corporate Team on Home Dialysis Attrition Reduction.

   B. Calendar invitations
   - o  Have requested multiple times to be included in team huddle invites for HTFAS that should occur weekly. As of 5/16 no invitation has been received.

   C. Collaborative planning with vendor partners.
   - o  Irrelevant additional discussions/ separate email chains regarding topics: i.e., Tablo machine for Findlay.
   - o  Made an initial request to obtain information from TJ and Gerald, when asked to set up a team call to ensure we are all on the same page- suggested delay meeting until patient is not hospitalized.
   - o  Assessment and timeline should have been completed prior to initiating email to vendor partners/Internal biomedical team causing confusion.

   D. Corporate request for information
   - o  On March 25th I requested specifics on patient census that needed to be delivered to David Richardson, Division President and Nick Walter on Spring Creek program.



Response: " sometimes 8 or 12 but lately 6 " Needed accuracy and vaildation in the response.

- o Difficulty with consistent and clear communication to Yasmin regarding nxstage supply procurement evident in the closing of Spring Creek Facility.

2. **Lack of credibility** as evidenced by discrepant/conflicting statements, separate email threads without copy to all parties. These examples, and others, have created a level of mistrust in taking your statements at face value.

   A. Conversations with David Spears, RVP and I regarding Kidney Care Options Educator.

      a. David clearly articulated he did not want employee Kelly Smyser moved into the KCO position. Director articulated that I did not support the movement of this individual into the role due to potential performance concerns

      b. Regardless of the significant concerns and lack of support from the RVP or Director - the employee was moved into role Temporarily.

      c. Employee attended trainings, started building relationships with docs, charged $11,000 to the region, and will now be moved out of the position as the new full time KCO is transitioning into that role

      d. Waste of resources and capital when nurses at unit could have provided the needed KCO education

      e. Inquiry from David Spears on obtaining allocations for employee K. Smyser. Unclear on how to obtain the allocations exhibiting lack of ability to appropriately use resources i.e., HR, resulting in additional workload for Director.

3. Seeming lack of substantive knowledge of market and inability to identify growth opportunities, and/or inability/reluctance to communicate this knowledge. Lacking in ability to drive a growth strategic plan for the assigned territory and each market therein to achieve growth targets and financial goals and provide oversight to implement plan.

- Observed in Region review 1/11. Strategic plan incomplete- Snippets of dashboard sent in follow up emails leading to need for Director to organize presentation. Additional version sent 1/18- analysis not at Area manager level- ex. Growth patterns requiring analysis/supportive numeric details replaced by verbiage such as "increasing or decreasing"- not able to paint a picture of the market clearly.
- 2/24 Director asked employee to incorporate updates to strategic plan into the document submitted 2/23- never received updated copy
- Strategic plan focused on Operations issues as opposed to growth opportunities
- Has not improved in this area with reduction of territory/span of control.
- When Director makes specific inquiries in prep for JV meetings responses are unsubstantiated by specific examples/actions.

For example: Request for data for 5/11 JV meeting:

*We have 6 in the pipeline for may. Our biggest issue in quality is a couple pts who are no shows and non-compliant with calls. They are working thru options ... but they are real butts. But we are trying to hold them. We have worked thru some tough anemia challenges and have good momentum for that. Will that help?*

**4.) Inability to develop strong cross-functional partnerships across the internal organization and uphold responsibility for hiring and supervising program staff as needed in collaboration with Administrators and Human Resources Department**

- Consistently directing questions to director in place of appropriate supportive resources.
  - I.e., Inquiry on 5/12 regarding accounting question on Bowling Green Supplies to Director
- Repeatedly reminded employee to ensure temp KCO was allocated to appropriate clinics- unable to obtain this information from HR business partner. When obtained by Director, employee was confused by the ask to ensure accounting backed out the totals appropriately. Responding to RVP "I am completely confused by this."

**Expectations**

- Communicate in a timely, clear, and consistent fashion with all involved parties in an appropriate manner; either by copying all relative persons to the conversation/decision making, or by holding a conference call.
- Utilize your resources and problem solve appropriately when inquiries are made to you.
- When specific directives are given or requests are made, to act as requested.
- Consistently present complete work product within requested time frames.  If additional guidance is needed, communicate the question or concern to me in advance of the deadline.

**Summary**

Your performance requires immediate correction on your part, and future evaluation of your performance will be continuous and ongoing.  Any future performance issues or policy violations may result in disciplinary action up to and including termination.

Although my expectation is that you will demonstrate immediate and sustained improvement, we will meet in 45 calendar days to discuss your status in regard to your overall performance.  Your employment is at will and nothing about this Performance Improvement Plan prevents U.S. Renal Care from ending the employment relationship during this 45 day evaluation period.

I have read this document, have discussed it with my supervisor, and understand both its contents and intent.

_MaryAnn DeCarlo_ _____                    _6-1-22_____
MaryAnn DeCarlo, Area Manager,  Home Therapies          Date

_Ellen Braun_ _____                      _6-1-22_____
Ellen Braun, Director,  Home Therapies                  Date

- Denied - offer to accept a
  IC RN position in lieu of
  PIP