**From:** Mary DeCarlo
**Sent:** Friday, June 10, 2022 3:54 PM
**To:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Subject:** RE: Rosie discussion

Will do…thank you Rosie

**From:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Sent:** Friday, June 10, 2022 3:52 PM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Subject:** RE: Rosie discussion
**Importance:** High

Hey Mary Ann. Please just call my number below. My microphone on the computer is not working.

**Rosie Marsh**
*HR Director*
*East Division*

U.S. RENAL CARE

**P:** (901) 873-4602
**F:** (615) 234-2487
**E:** rosie.marsh@usrenalcare.com



-----Original Appointment-----
**From:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Sent:** Thursday, June 9, 2022 6:53 AM
**To:** Mary DeCarlo; Rosie Marsh
**Subject:** Rosie discussion
**When:** Friday, June 10, 2022 4:00 PM-4:15 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://meetings.ringcentral.com/j/1482849156

Thank you Rosie..talk to you on Friday-MA

Hi there,

Mary Decarlo is inviting you to a scheduled RingCentral meeting.

Join from PC, Mac, Linux, iOS or Android: https://meetings.ringcentral.com/j/1482849156
For the best audio experience, please use computer audio.

Or iPhone one-tap :
   US: +1(346)9804201,,1482849156#
      +1(213)2505700,,1482849156#
      +1(623)4049000,,1482849156# (US West)
      +1(650)2424929,,1482849156#
      +1(720)9027700,,1482849156# (US Central)
      +1(773)2319226,,1482849156# (US North)
      +1(312)2630281,,1482849156#
      +1(469)4450100,,1482849156# (US South)
      +1(470)8692200,,1482849156# (US East)
      +1(646)3573664,,1482849156#
Or Telephone:
   Dial(for higher quality, dial a number based on your current location):
   US: +1(346)9804201
      +1(213)2505700
      +1(623)4049000 (US West)
      +1(650)2424929
      +1(720)9027700 (US Central)
      +1(773)2319226 (US North)
      +1(312)2630281
      +1(469)4450100 (US South)
      +1(470)8692200 (US East)
      +1(646)3573664
   Meeting ID: 148 284 9156
   International numbers available: https://meetings.ringcentral.com/teleconference

Or an H.323/SIP room system:

  - H.323
      199.255.120.208##1482849156 (US East)
      199.255.120.151##1482849156 (US West)

  - SIP
      1482849156@wcrc.ringcentral.com (US West)
      1482849156@ecrc.ringcentral.com (US East)

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.