From: Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
To: Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
Sent: Tue, Jun 28, 2022 12:53 pm
Subject: Friday June 10th at 4PM

Good Afternoon Rosie

Hope all is well with you. I reached out to you on June 10th at 4pm to discuss my concern of recent behavior of harassment, retaliation and bullying by my supervisor and the RVP of Home Therapies. At that time you stated that you were not able to be objective and someone else would contact me to discuss. As of today June 28th, I have not received any contact on what my options are or further discussion  around my concerns. Can you direct me or assist me if I need to contact another HR representative?  Thank you, MaryAnn

**Regards,**


***MaryAnn DeCarlo, RN, MSN***
Area Manager of Home Therapies
Cell: (804)445-6955



**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.