**From:** Mary DeCarlo
**Sent:** Tuesday, July 5, 2022 10:07 AM
**To:** Rhena Carr <Rhena.Carr@USRENALCARE.COM>
**Subject:** June PIP for MaryAnn DeCarlo

Good Afternoon
For this afternoon's discussion-MA

**Regards,**


*MaryAnn DeCarlo, RN, MSN*
Area Manager of Home Therapies
Cell: (804)445-6955



**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.