**From:** Mary DeCarlo
**Sent:** Tuesday, August 16, 2022 3:39 PM
**To:** Rhena Carr <Rhena.Carr@USRENALCARE.COM>
**Subject:** Today's call

Hello Rhena

I wanted to say thank you for your time and feedback today. My understanding is after your investigation of my concerns involving ongoing harassment, bulling and retaliation  by Conda Shellenger you were not able to validate my concerns.  Thank you again for you time, MaryAnn

**Regards,**


*MaryAnn DeCarlo, RN, MSN*
Area Manager of Home Therapies
Cell: (804)445-6955



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.