**From:** Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Sent:** Thursday, August 25, 2022 2:43 PM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>; Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>; Marc Rottman <mrottman@USRENALCARE.COM>
**Cc:** MDeCarlo9@aol.com
**Subject:** RE: Please send me a letter of termination

I am copying Marc on this email for additional instruction on where/how to send the devices. Thank you.

Best,

**Ellen Braun**
Director, Home Therapies- Northeast, Mid-Atlantic & Ohio Region

U.S. **RENAL** CARE

**Mobile:  716-428-6031**
Email: Ellen.Braun@USRenalCare.com

---

**From:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Sent:** Thursday, August 25, 2022 1:36 PM
**To:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>; Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Cc:** MDeCarlo9@aol.com
**Subject:** RE: Please send me a letter of termination

I will complete my last expense report and submit it today. Please let me know what you want me to do with my USRC property. MaryAnn

---

**From:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>
**Sent:** Thursday, August 25, 2022 12:29 PM
**To:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>; Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Subject:** RE: Please send me a letter of termination

Hi Mary Ann.  We don't have term letters, only separation notices in states that it is required, but Ohio is not a required state.  Also, please see attached regarding benefits, PTO, etc.  Let me know if you need anything else.

**Rosie Marsh**
*HR Director*
*East Division*
U.S. **RENAL** CARE
**P:**  (901) 873-4602
**F:**  (615) 234-2487
**E:**  rosie.marsh@usrenalcare.com
 *Need support for ADP email adpsupport@usrenalcare.com Find more ADP resources here:* https://usrenalcare.sharepoint.com/sites/Portal-HumanResources

1

**From:** Mary DeCarlo <Mary.DeCarlo@USRENALCARE.COM>
**Sent:** Thursday, August 25, 2022 11:18 AM
**To:** Rosie Marsh <Jacqueline.Marsh@usrenalcare.com>; Ellen Braun <Ellen.Braun@USRENALCARE.COM>
**Subject:** Please send me a letter of termination

To my  MDeCarlo9@aol.com  Thank you, MaryAnn

**Regards,**


*MaryAnn DeCarlo, RN, MSN*
Area Manager of Home Therapies
Cell: (804)445-6955



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

 Reply  Reply All  Forward