

4:44

AUG 26 AT 7:07 PM

So c called me today. Wanted to
know when we last spoke.  she
got me all worried saying I
need to "be careful" and that
they have reason to believe this
will go to court. 😊😳

Message