**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| MARY ANN DECARLO, | ) | Case No. 5:23-CV-00041 |
| Plaintiff, | ) | |
| v | ) | JUDGE SARA LIOI |
| | ) | |
| U.S. RENAL CARE, INC. | ) | **PLAINTIFF'S UNOPPOSED MOTION** |
| Defendant. | ) | **FOR AN EXTENSION OF TIME TO** |
| | ) | **FILE AN AMENDED COMPLAINT** |

This is Plaintiff's motion for an extension of time to file an amended complaint with the Defendant U.S. Renal Care Inc.'s ("USRC's") written consent as set forth in Federal Rule of Civil Procedure 15(a)(2). Plaintiff respectfully moves *unopposed* for (1) an extension of time until and including April 4, 2023, to file an amended complaint and (2) that Defendant have until and including April 25, 2023, to file its response. Specifically, on February 28, 2023, Plaintiff conferred with counsel for USRC regarding requested relief, and USRC does not oppose this motion.

Plaintiff respectfully submits that good cause exists to grant the relief requested herein. *See* Fed. R. Civ. P. 6(b)(1) (the Court may for good cause grant requests for time extension made before the original time expires).  Because the Parties have partaken in good faith discussions regarding Plaintiff's allegations in the Complaint, the undersigned has concluded that additional time is needed to amend the complaint and narrow the issues for the Court's review. Additionally, the Parties require an extension of time to negotiate the potential resolution of this matter and therefore preserve judicial resources. The extension of time requested herein will not burden or

1

prejudice Defendant or any third parties, and is consistent with the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1. For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion.

Respectfully Submitted,

RODERICK, LINTON, BELFANCE, LLP

/s/Jamie V. Parker, Esq.
Jamie V. Parker, Esq.
Roderick, Linton, Belfance, LLP
50 S Main Street, 10th Floor
Akron, OH 44308-1849
P: 330 434-3000
F: 330 434-9220
Jparker@rlbllp.com
Bar Number (0098317)

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Respectfully Submitted,

RODERICK, LINTON, BELFANCE, LLP

/s/Jamie V. Parker, Esq.
Jamie V. Parker, Esq. (0098317)

3