**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY ANN DECARLO, | ) | Case No. 5:23-CV-00041 |
| Defendant, | ) | |
| v | ) | **JUDGE SARA LIOI** |
| | ) | |
| U.S. RENAL CARE, INC. | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STRIKE FROM THE**
**COMPLAINT EXHIBITS 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, AND 1-16**

This is Defendant's motion to strike from the initial complaint [D.E. 1] (the "Complaint") exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16, that Defendant U.S. Renal Care, Inc. ("USRC") designated as confidential pursuant to the nondisclosure agreement entered into by the Parties, attached hereto as **Exhibit A** (the "Agreement"). Pursuant to Rule 10 of the Civil Rules of the United States District Court for the Northern District of Ohio, "[the] Court may, upon the motion of a party … strike any inappropriately filed document." Consequently, Defendant respectfully moves *unopposed* that Complaint exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16 be stricken and therefore removed from the court's docket.

Defendant respectfully submits that good cause exists to grant the relief requested herein. On or around February 2023, Defendant notified Plaintiff that certain exhibits attached to the Complaint were confidential pursuant to the Agreement and should therefore be removed from the Complaint and the docket.  On February 24, 2023, Defendant provided to Plaintiff a copy of the Agreement, which states in pertinent part:

> Employee agrees not to disclose or use for Employee's own benefit
> or purposes or for the benefit or purposes of any person other than

> USRC or in a manner that is detrimental to the business interests or relationships of USRC, any trade secrets, information, data, or other confidential information relating to partners (whether current, former or prospective), customers, development, programs, costs, marketing, trading, investment, partnerships, business relationships, financial data, plans or other information related to USRC.

*See* Ex. A, Paragraph 3 – Non-Use of Information.

During March and April of 2023, the Parties conferred, via videoconference and email, to identify the Complaint exhibits that were violative of Paragraph 3. Defendant asserted that Complaint exhibits 1-7, 1-8, 1-9, 1-10, 1-11, 1-12, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23 were violative of Paragraph 3. However, to further settlement negotiations, to preserve judicial economy, and for the purposes of this action only, Defendant agreed to limit the scope of exclusion to Complaint exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16.

Consequently, the relief requested herein will not burden or prejudice Plaintiff or any third parties, and is consistent with the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.  For the foregoing reasons, Defendant respectfully requests that the Court grant this motion to strike from the Complaint exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/ Brandon U. Campbell*
Patrick O. Peters (0079539)
*patrick.peters@jacksonlewis.com*
Jacob S. Kinder (0101475)
*jacob.kinder@jacksonlewis.com*
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, OH  44131
(216) 750-0404; (216) 750-0826 (Fax)

and

Brandon U. Campbell (FL Bar #112853)
(*Admitted Pro Hac Vice*)
One Biscayne Tower Two
South Biscayne Blvd., Ste. 3500
Miami, FL  33131
(305) 577-7600; (305) 373-4466 (Fax)
*brandon.campbell@jacksonlewis.com*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic

Filing to the following counsel of record:

Jamie V. Parker, Esq.
Attorney Reg.: 0098317
E-mail:  *jparker@rlbllp.com*
**RODERICK LINTON BELFANCE, LLP**
50 South Main Street
10th Floor
Akron, Ohio 44308-1849
Telephone: (330) 434-3000
Fax: (330) 434-9220

*/s/ Brandon U. Campbell*
Brandon U. Campbell (FL Bar #112853)
(*Admitted Pro Hac Vice*)

*One of the Attorneys for Defendant*

3

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MARY ANN DECARLO,           )   Case No. 5:23-CV-00041
        Defendant,         )
  v                         )   **JUDGE SARA LIOI**
                           )
U.S. RENAL CARE, INC.      )   **ORDER**
        Defendant.        )
                           )

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE**

Upon consideration of Defendant Mary Ann DeCarlo's Unopposed Motion to Strike from the Complaint Exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16, the consent motion is GRANTED. Accordingly, Complaint exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16 are hereby stricken and removed from the docket.

IT IS SO ORDERED.


Dated: _____, 2023              _____

                                     The Honorable Sara Lioi
                                      United States District Court Judge

4856-8807-1524, v. 1