# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN DECARLO,<br>　　　　　　Defendant, | ) | Case No. 5:23-cv-00041 |
| | ) | |
| v | ) | **JUDGE SARA LIOI** |
| | ) | |
| U.S. RENAL CARE, INC.<br>　　　　　　Defendant. | ) | **ORDER** |
| | ) | |
| | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE

Upon consideration of defendant Mary Ann DeCarlo's Unopposed Motion to Strike from the initial complaint (Doc. No. 1) exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16, the consent motion is GRANTED. Accordingly, complaint exhibits 1-7, 1-8, 1-9, 1-12, 1-13, 1-15, and 1-16 are hereby stricken and removed from the docket.

IT IS SO ORDERED.

Dated: May 22, 2023

_____
The Honorable Sara Lioi
United States District Court Judge

4