**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY ANN DECARLO | ) | CASE NO. 5:23-CV-00041 |
| | ) | |
| *Plaintiff*, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SUBSTITUTION OF** |
| U.S. RENAL CARE, INC., | ) | **COUNSEL** |
| | ) | |
| *Defendant*. | ) | |

Defendant U.S. Renal Care, Inc. respectfully gives notice that Patrick O. Peters and Jacob S. Kinder with the law firm of Jackson Lewis P.C. are being substituted as counsel of record in this matter in place of Roland J. De Monte. Attorney Brandon Campbell of Jackson Lewis P.C., admitted *Pro Hac Vice*, will continue to serve as counsel of record in this matter.

Respectfully submitted,

*/s/ Patrick O. Peters*
Patrick O. Peters (0079539)
Jacob S. Kinder (0101475)
**Jackson Lewis P.C.**
Park Center Plaza I, Ste. 400
6100 Oak Tree Boulevard
Cleveland, OH  44131
(216) 750-0404 (phone)
(216) 750-0826 (fax)
Email: Patrick.Peters@jacksonlewis.com
          Jacob.Kinder@jacksonlewis.com

and

Brandon U. Campbell (FL Bar #112853)
(Admitted Pro Hac Vice)
One Biscayne Tower Two
South Biscayne Blvd., Ste. 3500
Miami, FL  33131
(305) 577-7600; (305) 373-4466 (Fax)
Email:
Brandon.Campbell@jacksonlewis.com

*Counsel for Defendant,*
*U.S. Renal Inc.*

4877-9715-6968, v. 1