## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN DECARLO | ) | CASE NO. 5:23-CV-00041 |
| | ) | |
| | ) | JUDGE SARA LIOI |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. RENAL CARE, INC., | ) | **REPORT OF PARTIES' PLANNING** |
| | ) | **MEETING UNDER FED. R. CIV. P. 26(f)** |
| | ) | **AND LR 16.3(b)** |
| *Defendant*. | ) | |

1.      Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b), a meeting will be held on June 9, 2023, and was attended by:

Jamie V. Parker, counsel for Plaintiff.

Patrick O. Peters, Brandon Campbell and Jacob Kinder, counsel for Defendants.

Lead counsel for plaintiff(s) is: Jamie V. Parker.

Lead counsel for defendant(s) is: Patrick O. Peters.

2.      The parties have exchanged pre-discovery disclosures as required by Fed. R. Civ. P. 26(a)(1).

3.      The parties recommend this case be assigned to the Standard Track.

4.      Defendant believes that this case **is not** suitable for ADR at this time but maybe after discovery; Plaintiff believes that the case is presently suitable for all forms of ADR available from the Court but agrees that discovery may provide additional impetus toward an ADR-guided resolution.

5.      The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6.      Briefly describe the subject of the litigation: The litigation is an employment matter (alleged age discrimination and retaliation) arising from Plaintiff's former employment and the termination of her employment with Defendant, filed after Plaintiff received right-to-sue letters from the Ohio Civil Rights Commission ("OCRC") and the Equal Opportunity Employment Commission ("EEOC"). Defendant has denied all of Plaintiff's claims and presented certain affirmative defenses.

7.      Recommended cut-off date for amending the pleadings and/or adding additional parties: August 4, 2023.

8.      Recommended Discovery Plan:

a.  Keeping in mind the proportionality requirements of Fed. R. Civ. P. 26(b)(1), describe the subjects on which discovery is to be sought and the nature and extent of discovery: Plaintiff's employment and termination, as well as Plaintiff's claims and Defendants' defenses.

b.  Non-Expert discovery cut-off date of: April 12, 2024.

c.  Electronic discovery – the parties (select one):

\_\_\_\_\_      agree that there will be no discovery of electronically-stored information; or

\_\_\_\_\_      have agreed to a method for conducting discovery of electronically-stored information, including the form or forms in which it should be produced; or

__X__      have agreed to follow the default standard for the discovery of electronically-stored information (Appendix K to N.D. Ohio Local Rules) [Note: if the parties cannot agree, then the default standard applies.]

2

d.  Plaintiff's expert report due date: January 12, 2024.

e.  Defendant's expert report due date: February 16, 2024.

f.  Expert discovery cut-off date: April 12, 2024.

9.  Recommended Dispositive Motion Plan:

(a)  Dispositive motion due date:  May 17, 2024.

(b)  Opposition to dispositive motion due date: June 21, 2024.

(c)  Replies in support of dispositive motion due date: July 19, 2024.

10.  Recommended date for a status hearing: September 18, 2024.

11.  Recommended date for a final pretrial conference: October 18, 2024

12.  Recommended trial date: November 12, 2024.

13.  Other matters for the attention of the Court: None.


Respectfully submitted,                          Respectfully submitted,

**Roderick Linton Belfance, LLP**            **Jackson Lewis P.C.**

 */s/ Jamie V. Parker*                            */s/ Patrick O. Peters*
Jamie V. Parker (0098317)                    Patrick O. Peters (0079539)
50 South Main Street, 10th Floor             Jacob S. Kinder (0101475)
Akron, Ohio 44308-1849                       Park Center Plaza I, Ste. 400
Tele: (330) 434-3000                         6100 Oak Tree Boulevard
Fax: (330) 434-9220                          Cleveland, OH  44131
Email: jparker@rlbllp.com                    Phone: (216) 750-0404; Fax: (216) 750-0826
                                             Email:Patrick.Peters@jacksonlewis.com
*Counsel for Plaintiff Mary Ann DeCarlo*             Jacob.Kinder@jacksonlewis.com
                                             and

                                             Brandon U. Campbell (FL Bar #112853)
                                             (*Admitted Pro Hac Vice*)
                                             One Biscayne Tower Two
                                             South Biscayne Blvd., Ste. 3500
                                             Miami, FL  33131
                                             (305) 577-7600; (305) 373-4466 (Fax)

3

Email:brandon.campbell@jacksonlewis.com

*Counsel for Defendant,*
*U.S. Renal Inc.*