UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARY ANN DECARLO | ) | CASE NO. 5:23-CV-00041 |
| | ) | |
| *Plaintiff,* | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. RENAL CARE, INC., | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **PARTIAL JUDGMENT ON THE** |
| *Defendant.* | ) | **PLEADINGS** |
| | ) | |

Defendant U.S. Renal Care, Inc. moves the Court pursuant to Fed. R. Civ. P. 12(c) for partial judgment on the pleadings on Plaintiff Mary Ann DeCarlo's claims of discrimination and negligent infliction of emotional distress. In support of its Motion, Defendant incorporates the attached Memorandum in Support by reference.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Patrick O. Peters*
Patrick O. Peters (0079539)
Jacob S. Kinder (0101475)
Park Center Plaza I, Ste. 400
6100 Oak Tree Boulevard
Cleveland, OH  44131
Phone: (216) 750-0404; Fax: (216) 750-0826
Email: Patrick.Peters@jacksonlewis.com
        Jacob.Kinder@jacksonlewis.com

Brandon U. Campbell (FL Bar #112853)
(*Admitted Pro Hac Vice*)
One Biscayne Tower Two
South Biscayne Blvd., Ste. 3500
Miami, FL  33131
(305) 577-7600; (305) 373-4466 (Fax)
Email: brandon.campbell@jacksonlewis.com

*Attorneys for Defendant U.S. Renal Care, Inc.*