**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY ANN DECARLO, | ) | CASE NO. 5:23-cv-41 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| U.S. RENAL CARE, INC., | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

Upon representation of parties and counsel, as memorialized in the minutes entry from the mediation hearing held on February 26, 2024, before Magistrate Judge Carmen E. Henderson, that the above entitled cause of action has been settled between the parties, this case hereby is dismissed. A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before March 8, 2024.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

This case hereby is closed.

**IT IS SO ORDERED**.


Dated: February 29, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**